# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1017
_____

D. B., Father of K.J.T., K.L.T.,
D.A.B., K.N.S., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.


December 15, 2025

PER CURIAM.

    AFFIRMED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph Oreste Reosti of Law Office of Joseph Oreste Reosti, Pensacola, for Appellant.

Andrew McGinley, General Counsel, Department of Children and Families, Tallahassee; Miriam Brooks, Assistant General Counsel, Department of Children and Families, Pensacola; Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee.

Sara Elizabth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.